## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **NIDIA HESTON, Natural Mother,** | § | |
| **Legal Parent And Next Friend of** | § | |
| **A.H.** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1: 18-cv-0018** |
| | § | |
| **THE SCHOOL BOARD OF** | § | |
| **INDEPENDENT SCHOOL DISTRICT,** | § | |
| **Defendant.** | § | |

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that the Plaintiff in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1291 from the Orders entered on December 7, 2018 (DE #42) [*Order*], regarding the dismissal of Plaintiff's claims for relief.

Respectfully submitted,

/s/ Martin J. Cirkiel

Mr. Martin J. Cirkiel, Esq

marty@cirkielaw.com [Email].

State Bar Number 00783829

1

*Notice of Appeal*

Federal ID 21488

Cirkiel & Associates, P.C.

1901 E. Palm Valley Boulevard

Round Rock, Texas  78664

(512) 244-6658 [Telephone]

(512) 244-6014 [Facsimile]

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of January 2019, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system and notice was electronically provided to the Defendant ISD who is a CM/ECF system participant; copy of the filing(s) will be mailed to Defendant Jennifer Hardison.

Ms. Holly Boyd Wardell, Attorney

State Bar Number: 00797627

2

*Notice of Appeal*

Ms. Jennifer Powell, Attorney

State Bar Number: 00783554

Eichelbaum Wardell Hansen Powell and Mehl, P.C.

4201 W. Parmer Lane, Suite 100

Austin, Texas 78727

(512) 476-9944 (Telephone)

(512) 472-2599 (Facsimile)

Attorneys for Defendant AISD


Ms. Jennifer Hardison

14610 Varrelman Street

Austin, Texas 78725,

*Pro Se*

VIA REGULAR US MAIL



   /s/ Martin Cirkiel

Martin Cirkiel, Attorney

3

*Notice of Appeal*