IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NIDIA HESTON, Natural Mother, Legal Parent And Next Friend of A.H. <br>     Plaintiffs, <br><br> v. <br><br> THE SCHOOL BOARD OF AUSTIN INDEPENDENT SCHOOL DISTRICT, and JENNIFER HARDISON <br>     Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO.: 1:18-cv-00018 |

## MOTION FOR ENTRY OF CORRECTED DEFAULT JUDGMENT

Plaintiff, Nidia Heston, requests that entry of judgement by default be entered against Defendant, Jennifer Hardison, pursuant to Fed. R. Civ. P. 55(b). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 16th day of April, 2019.

                                          /s/ Martin J. Cirkiel_____
                                        Mr. Martin J. Cirkiel, Esq.

                                        Cirkiel & Associates, PC
                                        SBN 00783829
                                        1901 E. Palm Valley Blvd.
                                        Round Rock, Texas 78664
                                        (512) 244-6658 [Telephone]
                                        (512) 244-6014 [Fascimile]
                                        marty@cirkielaw.com [Email]
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April, 2019, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system and notice was electronically provided to the Defendant ISD who is a CM/ECF system participant; copy of the filing(s) will be mailed to Defendant Jennifer Hardison.

.

Ms. Holly Boyd Wardell, Attorney
State Bar Number: 00797627
Ms. Jennifer Powell, Attorney
State Bar Number: 00783554
Eichelbaum Wardell Hansen Powell and Mehl, P.C.
4201 W. Parmer Lane, Suite 100
Austin, Texas 78727
(512) 476-9944 (Telephone)
(512) 472-2599 (Facsimile)
Attorneys for Defendant AISD

Ms. Jennifer Hardison
14610 Varrelman Street
Austin, Texas 78725,
*Pro Se*
VIA REGULAR US MAIL

                                                            /s/ Martin Cirkiel
                                          Martin Cirkiel, Attorney