IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIDIA HESTON and ADRIAN HESTON IV, *Next friends of A.H.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-18-RP |
| THE SCHOOL BOARD OF AUSTIN INDEPENDENT SCHOOL DISTRICT and JENNIFER HARDISON, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiffs' motion to dismiss their claims without prejudice against Defendant Jennifer Hardison pursuant to Federal Rule of Civil Procedure 41(a)(2). That rule permits a Court to dismiss an action at the plaintiff's request on "terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Hardison has not timely responded to Plaintiffs' motion; the Court therefore considers it to be unopposed. W.D. Tex. Loc. R. CV-7(e)(2). Having considered the circumstances of this action, along with the lack of opposition, the Court concludes that dismissal of Plaintiffs' claims against Hardison without prejudice is proper.

Therefore, **IT IS ORDERED** that Plaintiffs' motion, (Dkt. 64), is **GRANTED**. Plaintiff's claims against Hardison are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on July 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE