IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIDIA HESTON and ADRIAN HESTON IV, *Next friends of A.H.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-18-RP |
| THE SCHOOL BOARD OF AUSTIN INDEPENDENT SCHOOL DISTRICT and JENNIFER HARDISON, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Previously in this action, the Court dismissed Plaintiffs' claims against Defendant Austin Independent School District without prejudice. (Dkt. 42) On this date, the Court dismissed Plaintiffs' claims against the sole remaining defendant, Jennifer Hardison, without prejudice. (Dkt. 65). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on July 17, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE