IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIDIA HESTON, Natural Mother, | § | |
| Legal Parent And Next Friend of | § | |
| A.H. | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1: 18-cv-0018 |
| | § | |
| THE SCHOOL BOARD OF | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
|     Defendant. | § | |

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that the Plaintiff in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1291 from the Orders entered on December 7, 2018 (DE #42), regarding the dismissal of Plaintiff's claims for relief against The School Board of Austin Independent School District. Plaintiffs filed a Motion for Reconsideration (DE #46) on January 3,2019; the Motion was denied in an Order sent out the next day (DE #47 ). Plaintiffs previously attempted to appeal this decision (DE #48) but the appeal was denied by the Fifth Circuit due to the fact that the claims against the individual defendant, Jennifer Hardison, were still pending. Plaintiffs then filed a Motion for Relief From a Court Order (DE #49), but this too was denied. The claims against Ms. Hardison were dismissed on July 17, 2019 (DE #66); Plaintiffs are not appealing the decision of this Order which concerns the dismissal of the individual Defendant, Jennifer Hardion.

*Notice of Appeal*

Respectfully submitted,
/s/ Martin J. Cirkiel
Mr. Martin J. Cirkiel, Esq
marty@cirkielaw.com [Email].
State Bar Number 00783829
Federal ID 21488
Cirkiel & Associates, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas  78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]

2

*Notice of Appeal*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July 2019, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system and notice was electronically provided to the Defendant ISD who is a CM/ECF system participant; copy of the filing(s) will be mailed to Defendant Jennifer Hardison.

Ms. Holly Boyd Wardell, Attorney
State Bar Number: 00797627
Ms. Jennifer Powell, Attorney
State Bar Number: 00783554
Eichelbaum Wardell Hansen Powell and Mehl, P.C.
4201 W. Parmer Lane, Suite 100
Austin, Texas 78727
(512) 476-9944 (Telephone)
(512) 472-2599 (Facsimile)
Attorneys for Defendant AISD

Ms. Jennifer Hardison
14610 Varrelman Street
Austin, Texas 78725,
*Pro Se*
VIA REGULAR US MAIL

                    /s/ Martin Cirkiel
              Martin Cirkiel, Attorney

3

*Notice of Appeal*